JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GAREY LEE WEBER, DPM; CALIFORNIA FOOT & ANKLE INSTITUTE; MICHAEL GODDARD, DPM; BOYD MCGHEE;<br><br>Defendants. | Case No.: 8:18-cv-01382-AG (JDEx)<br><br>[Assigned for All Purposes to the Hon. Andrew J. Guilford, Ctrm 10D]<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

Having considered the Stipulation of counsel and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the entire action herein is dismissed without prejudice, with each appearing party to bear its own attorney's fees and costs.

This matter having been dismissed, the Order to Show Cause regarding settlement / dismissal set for March 25, 2019 is hereby vacated.

DATED: March 15, 2019

_____
UNITED STATES DISTRICT JUDGE